IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICKHOLAS KNIGHT,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 12-0265-CG-C** |
| **KIM TOBIAS THOMAS,** | : | |
| Defendant. | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 9th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE